IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ O.C.
05 MAY 11 PM 2:55

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

BOBBIE CARR,

    Plaintiff,

vs.                       No. 03-2569-D/P

HOME TECH SERVICES, CO. INC., et al.,

    Defendants.

## ORDER GRANTING NOVASTAR MORTGAGE, INC.'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM

This matter came before the Court upon the Motion of Defendant, NovaStar Mortgage, Inc. ("NovaStar"), for leave to file a Supplemental Memorandum in support of its Motion for Discovery Sanctions or in the Alternative to Compel Discovery.

Upon due consideration of this matter, it appears that NovaStar's Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion of NovaStar Mortgage, Inc., for leave to file a Supplemental Memorandum, is Granted. Exhibit 1 to the Motion is hereby accepted as filed.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 5/11/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

338

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 338 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT