

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 31  PM 1: 54

CLERK, U.S. DIST. CT.
W. D. OF TN. MEMPHIS

| | | |
|---|---|---|
| BOBBIE J. CARR, | * | |
| | * | |
| Plaintiff, | * | |
| | * | NO. 03-2569-Ma/P |
| v. | * | |
| | * | |
| HOME TECH SERVICES CO., INC., ET AL., | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DISCOVERY REQUESTS REFERENCED IN THE COURT'S MAY 23, 2005 ORDER

Upon the motion by Plaintiffs' Motion for an Extension of Time until June 13, 2005, to Respond to Discovery Requests referenced in the Court's Order dated May 23, 2005, the Plaintiffs' Motion for Extension of Time is GRANTED.

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  6-1-05

346



# Notice of Distribution

This notice confirms a copy of the document docketed as number 346 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on June 1, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT