IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BOBBIE CARR,

    Plaintiff,

vs.                        No. 03-2569-D/P

HOME TECH SERVICES, CO. INC., et al.,

    Defendants.

### ORDER GRANTING NOVASTAR MORTGAGE, INC.'S MOTION FOR EXTENSION OF TIME TO REQUEST RECONSIDERATION OR IN THE ALTERNATIVE TO RENEW MOTION TO COMPEL

    Before the Court is the Motion of Defendant, NovaStar Mortgage, Inc. ("NovaStar"), for an extension of time to request reconsideration of the Order filed May 25, 2005. Docket #342. In that Order, the Court granted NovaStar's Motion to Compel Discovery on its Second Set of Document Requests and Interrogatories ("Motion to Compel"). In the alternative, NovaStar respectfully requests that it be granted leave to renew its Motion to Compel.

    Upon due consideration, it appears that NovaStar's Motion should be granted.

    IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that the Motion of NovaStar Mortgage, Inc., is Granted.

UNITED STATES MAGISTRATE JUDGE

DATE: June 9, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-13-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 348 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT