UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ƬƉ ___ D.C.

05 JUL 20 AM 10: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| EDGAR JOHNSON, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 03-2567 – D/P |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| BOBBIE J. CARR, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 03-2569 – D/P ✓ |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| CHARLENE SPINKS, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 03-2568 – D/P |
| HOME TECH SERVICES CO., INC., ET AL., | ) ) ) | |
| Defendants. | ) | |

ORDER ON JOINT MOTION FOR NEW TRIAL DATES

Before the Court is the Joint Motion for New Trial Dates filed by all the parties. The Court hereby finds that the Motion is well taken and should be granted.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the trials of these cases are set for 9/11/2006 for 03-2567; 10/16/2006 for 03-2568; 10/30/2006 for 03-2569.

IT IS SO ORDERED, this 6th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

2

5106091.1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 366 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT