UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| BOBBIE J. CARR, | * | |
| | * | NO. 03-2569 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| HOME TECH SERVICES CO., INC., ET AL., | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFF'S MOTION TO EXTEND TIME TO RESPOND TO GREGG DREW'S MOTION FOR SUMMARY JUDGMENT

COME NOW the Plaintiff, by and through her counsel respectfully moves this Court for an extension of time within which to file a response to the Motion for Summary Judgment filed by Defendant Gregg Drew.

Plaintiff avers that it will take additional time to draft a response to the Motion. Plaintiffs are requesting an extension until September 30, 2005.

In support of the Motion, the Plaintiff relies upon her Memorandum in Support of her Motion to Extend Time and her Certificate of Consultation, filed contemporaneously herewith.

WHEREFORE, Plaintiff moves this Court for an extension of time, until September 30,

**MOTION GRANTED**
DATE: 9-20-2005

*[signature]*
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and / 79(a) FRCP on _____

2005, within which to file a response to the Motion for Summary Judgment filed by Gregg Drew.

Dated: September 15, 2005.

Respectfully submitted,

_____
Webb A. Brewer # 9030
Sapna V. Raj # 19679
Counsel for Plaintiffs
Memphis Fair Housing Center
Memphis Area Legal Service, Inc.
109 N. Main St. Suite 201
Memphis, TN  38103
(901) 432-4663

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 388 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT