# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 17 PM 1:58
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

---

**EDGAR JOHNSON,**

    Plaintiff,                            Case No.: 03-2567 D

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

---

**BOBBIE CARR,**

    Plaintiff,                            Case No. 03-2569 D ✓

v.

**HOME TECH SERVICES CO., INC., et al.,**

    Defendants.

---

**CHARLENE SPINKS,**

    Plaintiff,                            Case No. 04-2568 D

v.

**HOME TECH SERVICES CO., INC., et al.**

---

**GERALD BOWEN, et al.,**

    Plaintiff,                            Case No. 04-2575 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____



**CHARLESETTA BEARD,**

    Plaintiff,                                    Case No. 04-2183 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**BARBARA WILLINGHAM,**

    Plaintiff,                                    Case No. 04-2391 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**ELIZABETH PITCHFORD,**

    Plaintiff,                                    Case No. 05-2743 D

v.

**WORLDWIDE MORTGAGE CORP., et al.**

    Defendants.

---

**LILLY LEWIS,**

    Plaintiff,                                    Case No. 05-2524

v.

**MEMPHIS FINANCIAL SERVICES, INC., et al.**

---

ORDER REFERRING CASE TO MEDIATION

---

By consent of the parties, the above cases are hereby referred to Attorney Arnold Perl of the law firm of Young and Perl for mediation. The mediator will assess the particular needs of each case to determine the specific needs of the parties.

**IT IS SO ORDERED** this __16__ day of __November__, 2005.

BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 411 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on November 18, 2005 to the parties listed.

---

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT