IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.
05 DEC 21 AM 9: 27
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

BOBBIE J. CARR,

    Plaintiff,

v.

HOME TECH SERVICES CO., INC.,
MEMPHIS FINANCIAL SERVICES, INC.,
WORLDWIDE MORTGAGE CORP.,
NOVASTAR MORTGAGE, INC.
ECONOMIC ADVANTAGES CORPORATION,
EQUITY TITLE AND ESCROW CO. OF
MEMPHIS, LLC.,
GREGG DREW,

    Defendants.

NO: 03-2569-BP

---

## ORDER GRANTING MOTION OF EVAN NAHMIAS, LOYS A JORDAN, LISA OVERALL AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL FOR HOME TECH SERVICES, MEMPHIS FINANCIAL SERVICES, WORLDWIDE MORTGAGE CORP., EARNEST WELLS AND SANDRA WELLS

---

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Home Tech Services, Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corp., Earnest Wells (Mr. Wells") and Sandra Wells ("Mrs. Wells") ("Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/21/05

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Home Tech Services, Inc., Memphis Financial Services, Inc., Worldwide Mortgage Corp., Earnest Wells (Mr. Wells") and Sandra Wells ("Mrs. Wells") and that they be relieved of any future obligation on this matter.

Dated this _21_ day of December, 2005.

Judge: _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 413 in case 2:03-CV-02569 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lisa Ann Overall
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Roscoe Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John L. Ryder
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Loys A. Jordan
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Christopher S. Campbell
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT